*9-4-07*
*3:10pm*

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
WORLD KITCHEN, LLC, a California corporation; and DOES 1
through 50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MICHAEL NOVICIO, an individual

| FOR COURT USE ONLY |
| --- |
| *(SOLO PARA USO DE LA CORTE)* |
| AUG 27 07 |
| G. Duarte |

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: | CASE NUMBER |
| --- | --- |
| *(El nombre y dirección de la corte es):* | *(Número de Caso):* **107 CV 093010** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA | |
| 191 N. FIRST STREET | |
| SAN JOSE, CA 95113 | |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

MEGAN ROSS HUTCHINS (Bar # 227776)
LAW OFFICE OF MICHAEL L. TRACY
2030 MAIN STREET, SUITE 1300, IRVINE, CA 92614

Phone No. (949) 260-9171
Fax No. (866) 365-3051

| DATE: | **AUG 27 2007** | **Kiri Torre** | Clerk, by | **G. Duarte** | , Deputy |
| --- | --- | --- | --- | --- | --- |
| *(Fecha)* | | *(Secretario)* | | | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
   *World Kitchen, LLC, a California Corporation*
3. ☒ on behalf of *(specify):*

   under: ☒ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)      ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

*LexisNexis® Automated California Judicial Council Forms*



1  MICHAEL L. TRACY, ESQ. (SBN 237779)
   MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
2  LAW OFFICES OF MICHAEL L. TRACY
   2030 Main Street, Suite 1300
3  Irvine, CA  92614
   T: (949) 260-9171
4  F: (866) 365-3051

5  Attorneys for Plaintiff
   MICHAEL NOVICIO

6

7

8                    SUPERIOR COURT OF CALIFORNIA

9                       COUNTY OF SANTA CLARA

10

11  MICHAEL NOVICIO, an individual,            )  Case No.
                                               )
12              Plaintiff,                      )  **COMPLAINT FOR UNPAID**
                                               )  **OVERTIME, MEAL PENALTIES,**
13       vs.                                    )  **WAITING TIME PENALTIES,**
                                               )  **FAILURE TO ITEMIZE WAGE**
14  WORLD KITCHEN, LLC, a California            )  **STATEMENTS AND VIOLATIONS OF**
    corporation; and DOES 1 through 50, inclusive, )  **CALIFORNIA BUSINESS AND**
15                                              )  **PROFESSIONS CODE SECTION 17200**
                Defendants.                     )
16                                              )
                                               )  **JURY TRIAL DEMANDED**
17  _____        )

18

19       Plaintiff, MICHAEL NOVICIO, alleges:

20                    <u>**GENERAL ALLEGATIONS**</u>

21       1.      This Court is the proper court and this action is properly filed in the County of Santa

22  Clara and in this judicial district because Defendants do business in the County of Santa Clara, and

23  because Defendants' obligations and liabilities arise therein, and because the work that was

24  performed by Plaintiff in the County of Santa Clara is the subject of this action.

25       2.      Defendant, WORLD KITCHEN, LLC, is California limited liability company

26  located in California and doing business in the County of Santa Clara, State of California.

27       3.      The true names and capacities of DOES 1 through 50 are unknown to Plaintiff, who

28  therefore sues the DOE Defendants by fictitious names.  Plaintiff will amend this Complaint to

_____
                              COMPLAINT

1  show their true names and capacities when they have been ascertained. Plaintiff is informed and

2  believes, and hereon alleges, that such Doe defendants are residents of California.

3        4.      Plaintiff is informed and believes that Defendants, each and all of them, at all times

4  material hereto, were the joint employers, parent companies, successor companies, predecessors in

5  interest, affiliates, agents, employees, servants, joint venturers, directors, fiduciaries,

6  representatives, and/or coconspirators of each of the remaining Defendants. The Defendants,

7  unless otherwise alleged, at all times material hereto, performed all acts and omissions alleged

8  herein within the course and scope of said relationship, and are a proximate cause of Plaintiff's

9  damages as herein alleged.

10       5.      Plaintiff was employed by Defendants from February 2005 to the present.

11                          **FIRST CAUSE OF ACTION**

12  **FAILURE TO PAY OVERTIME COMPENSATION UNDER CALIFORNIA INDUSTRIAL**

13          **WELFARE COMMISSION ORDERS AND CALIFORNIA LABOR CODE**

14                          **(AGAINST ALL DEFENDANTS)**

15       6.      Plaintiff refers to and incorporates by reference Paragraphs 1 through 5.

16       7.      Pursuant to Industrial Welfare Commission Order No. 7-2001, California Code of

17  Regulations, Title 8, §11070, for the period of Plaintiff's employment, Defendants were required to

18  compensate Plaintiff for all overtime, which is calculated at one and one-half (1 ½) times the

19  regular rate of pay for hours worked in excess of eight (8) in a day or forty (40) hours in a week,

20  and two (2) times the regular rate of pay for hours worked in excess of twelve (12) hours in a day

21  of hours worked in excess of eight (8) on the seventh consecutive work day in a week.

22       8.      Plaintiff was a non-exempt employee and entitled to the above overtime premiums.

23  Defendants failed to compensate Plaintiff for all overtime premiums.

24       9.      As a proximate result of Defendants' violations, Plaintiff has been damaged in an

25  amount in excess of $46,554 and subject to proof at time of trial.

26       10.     Pursuant to Labor Code §§218.5, 218.6, 510, 1194 and California Code of

27  Regulations, Title 8, §11070, Plaintiff is entitled to recover damages for the nonpayment of

28  overtime premiums for all overtime hours worked, penalties, interest, plus reasonable attorney's

1  fees and costs of suit.

2  **SECOND CAUSE OF ACTION**

3  **FAILURE TO PROVIDE ADEQUATE MEAL PERIODS UNDER**

4  **CALIFORNIA INDUSTRIAL WELFARE COMMISSION ORDERS AND**

5  **CALIFORNIA LABOR CODE SECTION 512**

6  **(AGAINST ALL DEFENDANTS)**

7        11.    Plaintiff refers to and incorporates by reference Paragraphs 1 through 10.

8        12.    Pursuant to Industrial Welfare Commission Order No. 4-2001, California Code of

9  Regulations, Title 8, §11040, for the period of Plaintiff's employment, Defendants were required to

10  provide a thirty (30) minute meal period for any person working more than five (5) hours in a day.

11        13.    Defendant failed to provide Plaintiff a meal period for numerous days worked.

12        14.    Pursuant to Labor Code §512 and California Code of Regulations, Title 8, §11040,

13  Plaintiff is entitled to recover one (1) hours of pay at Plaintiff's regular rate of compensation for

14  each workday that the meal period was not provided.

15        15.    Plaintiff prays for damages for missed meals in the amount of $9,311.

16  **THIRD CAUSE OF ACTION**

17  **WAITING TIME PENALTIES UNDER CALIFORNIA LABOR CODE SECTION 203**

18  **(AGAINST ALL DEFENDANTS)**

19        16.    Plaintiff refers to and incorporates by reference Paragraphs 1 through 15.

20        17.    Defendants willfully refused and continues to refuse to pay Plaintiff his unpaid

21  wages as required by Labor Code §203. Plaintiff requests restitution and penalties as provided by

22  Labor Code §203 in the amount of $6,035.

23  **FOURTH CAUSE OF ACTION**

24  **FAILURE TO ITEMIZE WAGE STATEMENTS AS REQUIRED UNDER**

25  **CALIFORNIA LABOR CODE SECTION 226**

26  **(AGAINST ALL DEFENDANTS)**

27        18.    Plaintiff refers to and incorporates by reference Paragraphs 1 through 17.

28        19.    Pursuant to Labor Code §226, every employer must furnish each employee an

-3-
COMPLAINT

1  itemized statement of wages and deductions at the time of payment of wages.

2        20.    Defendants furnished Plaintiff a pay stub that did not accurately reflect all hours

3  worked.

4        21.    Plaintiff suffered injury in his inability to verify his own hours worked as well as to

5  provide proof of his income to others.

6        22.    Pursuant to Labor Code §226(e) and (g), Plaintiff prays for judgment against

7  Defendants in the amount of $4,000 plus costs and attorney's fees.

8                        **FIFTH CAUSE OF ACTION**

9        **VIOLATIONS OF CALIFORNIA BUSINESS AND PROFESSIONS**

10                        **CODE SECTION 17200**

11                        **(AGAINST ALL DEFENDANTS)**

12       23.    Plaintiff refers to and incorporates by reference Paragraphs 1 through 34.

13       24.    Defendants failed to pay for overtime premiums that were due to Plaintiff under the

14  terms of employment.

15       25.    By failing to pay wages due to Plaintiff, Defendants' acts constitute unfair and

16  unlawful business practices under Business and Professions Code §17200, et. seq.

17       26.    Defendants failed to provide meal and rest breaks in accordance with California law.

18  Defendants' acts constitute unfair and unlawful business practices under Business and Professions

19  Code §17200, et. seq

20       27.    As a result of Defendants' conduct Plaintiff requires restitution in an amount to be

21  determined at trial.

22       WHEREFORE, Plaintiff prays damages as follows:

23                        **ON THE FIRST CAUSE OF ACTION**

24       1.    For damages in an amount in excess of $46,554 and subject to proof at time of

25  trial.

26       2.    For penalties, interest, reasonable attorney's fees and costs of suit.

27                        **ON THE SECOND CAUSE OF ACTION**

28       3.    For damages in an amount in excess of $9,311 and subject to proof at time of

1 | trial.

2 | **ON THE THIRD CAUSE OF ACTION**

3 |     4.     For damages in the amount of $6,035.

4 | **ON THE FOURTH CAUSE OF ACTION**

5 |     5.     For damages in the amount of $4,000.

6 |     6.     For costs of suit, interest, and reasonable attorney's fees

7 | **ON THE FIFTH CAUSE OF ACTION**

8 |     7.     For restitution in an amount subject to proof at time of trial.

9 | **ON ALL CAUSES OF ACTION**

10 |     8.     For costs of suit.

11 |     9.     For pre and post judgment interest.

12 |     10.    For such other and further relief as the court may deem proper.

13 | DATED: August 20, 2007            LAW OFFICES OF MICHAEL L. TRACY

14 |

15 |                         By:                          

                                              MEGAN ROSS HUTCHINS, Attorney for

16 |                                               Plaintiff MICHAEL NOVICIO

17 |

18 | **DEMAND FOR JURY TRIAL**

19 |     Plaintiff hereby demands a jury trial.

20 |

21 | DATED: August 20, 2007            LAW OFFICES OF MICHAEL L. TRACY

22 |

23 |                         By:                          

                                              MEGAN ROSS HUTCHINS, Attorney for

24 |                                               Plaintiff MICHAEL NOVICIO

25 |

26 |

27 |

28 |

-5-<br>COMPLAINT