1  SEYFARTH SHAW LLP
   Kari Erickson Levine (State Bar No. 146101)
2  Althea V. Bovell (State Bar No. 200240)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant WORLD KITCHEN, LLC

E-FILING
Filed
OCT - 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NOVICIO, an individual, | Case No. C 07 05118 |
| Plaintiff, | CERTIFICATE OF INTERESTED PARTIES |
| v. | [UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, LOCAL RULE 7.1] |
| WORLD KITCHEN, LLC, a California corporation; and DOES 1 to 50, inclusive, | |
| Defendants. | |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF MICHAEL NOVICIO AND HIS ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendant World Kitchen, LLC, certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Michael Novicio; and

///

///

///

1

Certificate of Interested Parties; Case No.

1  2.   Defendant World Kitchen, LLC.

DATED: October 4, 2007                        SEYFARTH SHAW LLP

By _____
Kari Erickson Levine
Althea V. Bovell
Attorneys for Defendant
WORLD KITCHEN, LLC

SF1 28303674.1 / 54217-000003

2

Certificate of Interested Parties; Case No.