1  SEYFARTH SHAW LLP
   Kari Erickson Levine (State Bar No. 146101)
2  Althea V. Bovell (State Bar No. 200240)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant WORLD KITCHEN, LLC

6
7
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | MICHAEL NOVICIO, an individual,    ) Case No.
                                        )
12 |         Plaintiff,                 ) **PROOF OF SERVICE OF MULTIPLE**
                                        ) **DOCUMENTS**
13 |    v.                              )
                                        )
14 | WORLD KITCHEN, LLC, a California   )
   | corporation; and DOES 1 to 50, inclusive, )
15 |                                    )
   |         Defendants.                )
16 |                                    )
                                        )
17                                      )
                                        )
18

19      I am a resident of the State of California, over the age of eighteen years, and not a party

20 to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100,

21 San Francisco, California 94105. On October 4, 2007, I served the within documents:

22                         **CIVIL COVER SHEET**

23      **DECLARATION OF ALTHEA V. BOVELL IN SUPPORT OF DEFENDANT WORLD
                        KITCHEN, LLC'S NOTICE OF REMOVAL**
24
        **CERTIFICATE OF INTERESTED PARTIES [UNITED STATES DISTRICT COURT,
25              NORTHERN DISTRICT OF CALIFORNIA, LOCAL RULE 7.1]**

26
27
28

                                         1
Proof of Service of Multiple Documents; Case No.

1  ☐ I sent such document from facsimile machine (415) 397-8549 on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, CA, California addressed as set forth below on _____.

☐ Via hand delivery (**Wheels of Justice**) of the document(s) listed above to the person(s) set forth below.

☒ by placing the document(s) listed above in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, CA, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Megan Ross Hutchins, Esq.
Michael L. Tracy, Esq.
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
(949) 260-9171
(866) 365-3051

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on October 4, 2007, at San Francisco, CA, California.

_____
Nancy J. Davilla

SF1 28303703.1 / 54217-000003

2

Proof of Service of Multiple Documents; Case No.