**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Novicio,<br><br>                    Plaintiff(s),<br><br>       v.<br><br>World Kitchen, LLC,<br><br>                    Defendant(s). | 07-05118 RS<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: January 9, 2008

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

                */s/ Timothy Smagacz*
                ADR Administrative Assistant
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov

United States District Court
Northern District of California

PROOF OF SERVICE

Case Name:      Novicio v. World Kitchen, LLC

Case Number:    07-05118 RS

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 9, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Megan Ross Hutchins
> Law Offices of Michael L. Tracy
> 2030 Main St Ste 1300
> Irvine, CA 92614
>
> Michael Lion Tracy
> Law Offices of Michael Tracy
> 2030 Main St Ste 1300
> Irvine, CA 92614
>
> Althea V. Bovell
> Seyfarth Shaw LLP
> 560 Mission Street, 31st Floor
> San Francisco, CA 94105
> abovell@seyfarth.com
>
> Karie Erickson Levine
> Seyfarth Shaw LLP
> 560 Mission Street
> Suite 3100
> San Francisco, CA 94105

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 9, 2008 in San Francisco, California.

>RICHARD W. WIEKING
>Clerk
>by:    Timothy J. Smagacz
>
>*Timothy Smagacz*
>―――――――――――――――――
>ADR Administrative Assistant
>415-522-4205
>Tim_Smagacz@cand.uscourts.gov