MICHAEL L. TRACY, ESQ. (SBN 237779)
MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
mhutchins@michaeltracylaw.com
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff
MICHAEL NOVICIO

# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL NOVICIO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD KITCHEN INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C07-05118 RS<br><br>Assigned for All Purposes To:<br>Hon:   Richard Seeborg<br>Ctrm:  4<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed: August 27, 2007<br>Trial Date:      None |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) by and between Plaintiff MICHAEL NOVICIO and Defendant WORLD KITCHEN LLC who have appeared in this action, as follows:

1. This action was commenced on August 27, 2007.
2. The action is not a class action; a receiver has not been appointed and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

///
///
///

STIPULATION FOR DISMISSAL

1     3.    This action is hereby dismissed, in its entirety, with prejudice. *(KEL/owb)*

DATED: December 28, 2007     LAW OFFICES OF MICHAEL L. TRACY

By: _____
MEGAN ROSS HUTCHINS, Attorney for Plaintiff MICHAEL NOVICIO

DATED: 1/3/08     SEYFARTH SHAW LLP

By: _____
KARI ERICKSON LEVINE, Attorney for Defendant WORLD KITCHEN LLC